**Wilmer Cutler Pickering Hale and Dorr LLP**
399 Park Avenue
New York, NY  10022
Telephone:   (212) 230-8800
Facsimile:    (212) 230-8888
Philip D. Anker

*Attorneys for Lebanese American University*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>v.<br><br>Lebanese American University,<br><br>       Defendant. | Adv. Pro. No. 10-05253 (BRL)<br><br>Case No. 12-cv-02476 |

**CORPORATE OWNERSHIP STATEMENT OF**
**DEFENDANT LEBANESE AMERICAN UNIVERSITY**

ACTIVEUS 94311458v1

- 2 -

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lebanese American University ("LAU"), through its undersigned attorneys, states that LAU has no corporate owners that that there are no entities to report under subdivision (a) of Rule 7.1.

Dated:  April 3, 2012
        New York, New York

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Philip D. Anker
    Philip D. Anker
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Lebanese American University*