**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------X

   IN THE MATTER OF ASSIGNMENTS

         TO THE                    NOTICE OF ASSIGNMENTS

   HONORABLE JED S. RAKOFF (JSR)

-------------------------------------------X

The following cases are to be assigned to the calendar of the Honorable JED S. RAKOFF

| | |
|---|---|
| 12 CV 2337 | 12 CV 2434 |
| 12 CV 2338 | 12 CV 2476 |
| 12 CV 2339 | 12 CV 2484 |
| 12 CV 2340 | 12 CV 2485 |
| 12 CV 2342 | 12 CV 2486 |
| 12 CV 2343 | 12 CV 2487 |
| 12 CV 2405 | 12 CV 2488 |
| 12 CV 2407 | 12 CV 2489 |
| 12 CV 2413 | 12 CV 2490 |
| 12 CV 2427 | 12 CV 2491 |
| 12 CV 2428 | 12 CV 2494 |
| 12 CV 2430 | |
| 12 CV 2431 | |

****RELATED TO 11 CV 3605****
****DESIGNATED MAG. JUDGE HENRY B. PITMAN (HBP)****

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Assignment on all defendants.

Dated: 04/11/2012

                                         Ruby J. Krajick, CLERK

                                  PHYLLIS ADAMIK
                        By: _____
                                     Deputy Clerk

cc: Attorneys of Record